IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-02109-WYD-BNB

ANTHONY WALLER,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
BRADY LOVINGIER, individually and in her official capacity, and
GINA MCCALL, individually and in her official capacity,

Defendants.
_____

## ORDER
_____

This matter arises on the **Motion to Stay Discovery** [Doc. # 23, filed 9/22/2014] (the "Motion to Stay") by defendants City and County of Denver and Gina McCall. I held a hearing on the motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Stay [Doc. # 23] is GRANTED IN PART and DENIED IN PART as specified on the record.

(2)     A scheduling conference is set for November 6, 2014, at 11:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall confer and submit a proposed scheduling order no later than October 30, 2014.

Dated October 15, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge