IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-02109-WYD-NYW | Date: | March 3, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| ANTHONY WALLER,<br>CHRISTOPHER COLBRUNO,<br><br>**Plaintiffs,**<br><br>V<br><br>CITY AND COUNTY OF DENVER,<br>BRADY LOVINGIER,<br>GINA MCCALL,<br><br>**Defendants,** | *Kenneth Alfredo Padilla*<br><br><br><br><br><br>*David Charles Cooperstein*<br>*Evan P. Lee*<br>*Peter H. Doherty* |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTIONS HEARING**

Court in Session: 1:32 p.m.

Appearance of counsel. Parties are advised regarding duty to confer pursuant to D.C.Colo.LCivR 7.1(a).

Argument held on Motion to Order the City and County of Denver to Comply with Fed.R.Civ.P. 26(a)(1) Mandatory Disclosures and for Sanctions for their Failure to Comply [76] filed on January 15, 2015, and Motion for Leave of Court to File Amended Complaint [46] filed on November 13, 2014.

For the reasons stated on the record, it is

**ORDERED: Motion to Order the City and County of Denver to Comply with Fed.R.Civ.P. 26(a)(1) Mandatory Disclosures and for Sanctions for their Failure to Comply [76] is DENIED.**

**ORDERED: Motion for Leave of Court to File Amended Complaint [46] is SUBMITTED and TAKEN UNDER ADVISEMENT. Separate order to issue.**

Court in Recess: 2:43 p.m.        Hearing concluded.        Total time in Court:  01:11