**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02109-WYD-NYW

ANTHONY WALLER,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
BRADY LOVINGIER, individually and in his official capacity,
GINA MCCALL, individually and in her official capacity,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

      This civil actions comes before the court on Defendant the City and County of Denver's ("Defendant") Motion for Protective Order with Respect to Plaintiff's First Request for Production of Documents and Plaintiff's First Set of Interrogatories, filed on April 20, 2015 [#89] (the "Motion"). Pursuant to the Order Referring Case dated July 30, 2014 [#5], the Reassignment dated February 10, 2015 [#84], and the Memorandum dated April 21, 2015 [#90], the Motion is before this Magistrate Judge.

      Having reviewed the Motion and Plaintiff Anthony Waller's Response, dated May 12, 2015 [#93], the court is at this time unable to discern whether the Parties met-and-conferred in good faith pursuant to D.C.COLO.LCivR 7.1(a). Accordingly, IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE. The court directs counsel for Defendant and counsel for Plaintiff to meet and confer in good faith as to potentially disputed issues raised by Defendant's Motion no later than **May 21, 2015**. Should Defendant and Plaintiff subsequently require court intervention to resolve any still outstanding issues, counsel for Defendant and counsel for Plaintiff are instructed to jointly call chambers at (303) 335-2600 to set a time for an informal discovery teleconference before the court.

DATED May 18, 2015.