IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 14-cv-02109-WYD-NYW | Date: March 7, 2016 |
|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| ANTHONY WALLER, | *Kenneth Alfredo Padilla* |
| **Plaintiff,** | |
| v. | |
| BRADY LOVINGIER, | *Peter H. Doherty* |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

Court in Session: 9:01 a.m.

Appearance of counsel.

Discussion and argument held Defendant Brady Lovingier's Motion to Modify the Scheduling Order Regarding Rebuttal Expert Disclosures [140] filed February 19, 2016.

Discussion held regarding the time of the disclosure of pseudobulbar affect disorder. Defendant tenders an email exchange from February 16, 2016. The exhibit shall be attached to the minutes of this hearing.

Parties are not prepared to address Defendant Brady Lovingier's Motion to Dismiss Plaintiff's Second Claim for Relief [124] filed October 23, 2015. The court will determine this motion on the papers.

**ORDERED: Defendant Brady Lovingier's Motion to Modify the Scheduling Order Regarding Rebuttal Expert Disclosures [140] is TAKEN UNDER ADVISEMENT. A separate written order shall issue.**

Court in Recess: 9:50 a.m.         Hearing concluded.         Total time in Court:    00:49

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.