ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  14-cv-02109-WYD-NYW

ANTHONY WALLER,

    Plaintiff,

v.

BRADY LOVINGIER,

    Defendant.

---

## VERDICT FORM

---

We, the Jury, being duly impaneled and sworn to try the above-entitled case, unanimously find the following answers to the questions submitted by the Court:

## FOURTH AMENDMENT EXCESSIVE FORCE CLAIM
## AGAINST DEFENDANT BRADY LOVINGIER

Has Plaintiff Anthony Waller proven by a preponderance of the evidence:

1. That Defendant Brady Lovingier violated Plaintiff Anthony Waller's constitutional right not to be subjected to excessive force by law enforcement?

Yes __X__ No _____

**If your answer to Question 1 is "yes," proceed to Questions 2-3. If your answer to Question 1 is "no," skip Questions 2-3 because you have found for the Defendant, and proceed to the next page where you will sign and date the verdict form.**

2. That Plaintiff Anthony Waller should be awarded actual damages, as described in Jury Instruction No. 18, to compensate him for the deprivation of civil rights proximately caused by Defendant Brady Lovingier?

Yes __X__ No _____

2(a). If your answer to Question 2 is "Yes," in what amount? $ _50,000.00_

2(b). If your answer to Question 2 is "No," do you find that Plaintiff Anthony Waller should be awarded nominal damages in the amount of $1.00?

Yes _____ No _____

2(c). If your answer to Question 2 is "Yes," you must determine whether the Plaintiff could have done something to lessen the harm suffered, as described in Jury Instruction No. 22. Has Defendant proven by a preponderance of the evidence that Plaintiff failed to make reasonable efforts to lessen or reduce the harm done to Plaintiff?

Yes _____ No __X__

2(d). If your answer to Question 2(c) is "Yes," what amount should be deducted from the award of actual damages? $ _____

3. That Defendant Brady Lovingier's conduct was recklessly and callously indifferent to Plaintiff Anthony Waller's federally protected rights and that punitive damages should be assessed against Defendant Brady Lovingier?

Yes _____ No __X__

3(a). If your answer to Question 3 is "Yes," in what amount? $_____

**After answering Questions 2-3, please sign and date the verdict form as set forth below.**

### ALL JURORS MUST SIGN AND DATE THIS VERDICT FORM

Dated this  12  day of May, 2017.