IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02109-WYD-NYW

ANTHONY WALLER,

    Plaintiff,

v.

CITY and COUNTY of DENVER, a municipal corporation,
BRADY LOVINGIER, individually and in his official capacity,
GINA MCCALL, individually and in her official capacity,

    Defendants.

---

CERTIFICATE OF JUDGMENT FOR LIEN UPON LAND AND TENEMENTS
(TRANSCRIPT OF JUDGMENT)

---

I, Jeffrey P. Colwell, Clerk of the United States District Court for the District of Colorado, do hereby certify that on December 6, 2017, a Second Amended Final Judgment was entered in case number 14-cv-02109 in the District of Colorado affirming and adopting the Recommendation of United States Magistrate Judge (ECF Doc. No. 88). Judgment is hereby entered in favor of Plaintiff, Anthony Waller, and against Defendant, Brady Lovingier, individually, in the total amount of $50,000.00, on Plaintiff's fourth amendment excessive force claim. Post-judgment interest shall accrue on the total amount of $50,000.00 at the legal rate of 1.10% per annum from the date of

entry of the original final judgment.    Plaintiff is awarded attorney's fees in the amount of $176,226.00.

Date:   February 13, 2018

JEFFREY P. COLWELL, CLERK

By: R. Villa
*Deputy Clerk*

